IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States Courts
Southern District of Texas
FILED

MAY 0 9 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | CR. NO. M-04-149-01 |
| JESSE REYES | * | |

### ORDER

The Court having considered the Motion for Leave to File Supplemental Objections Under Seal of the defendant, JESSE REYES, on the above styled and numbered cause, is of the opinion that same should be and is herein __Granted__.

It is, THEREFORE, ORDERED and DECREED that the Motion for Leave to File Supplemental Objections is hereby __Granted__ and the Clerk shall file the supplemental objections tendered with the Motion for Leave.

SO ORDERED this the __9th__ day of __May__, 2005, at McAllen, Texas.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE